UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No. 2:22-cv-00475- JLB-NPM **Civ** (Judge John L. Badalamenti)

KeyBank National Association, successor by merger to KEY EQUIPMENT FINANCE,

        Plaintiff,

v.

LODGE CONSTRUCTION, INC. and CABOT L. DUNN JR.,

        Defendants.

**PLAINTIFF'S MOTION FOR FINAL DEFAULT JUDGMENT AGAINST LODGE CONSTRUCTION, INC., AND CABOT L. DUNN JR.**

Plaintiff, KeyBank National Association, successor by merger to Key Equipment Finance, ("KeyBank") by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 55(b)(1) hereby requests that this Honorable Court enter a Final Judgment by Default, against Lodge Construction, Inc., ("Lodge") and Cabot L. Dunn Jr. ("Dunn") and in support thereof states the following:

1. On or about August 5, 2022, KeyBank brought the above titled action against Defendants Lodge and Dunn to recover money damages for a breach of contract claim [ECF No.1].

2. On or about August 8, 2022, this Honorable Court issued summonses each to Lodge and Dunn. [ECF No.6].

3. On or about December 12, 2022, the summons and complaint in this action were served by the U.S. Marshalls upon Defendants Lodge and Dunn as evidenced by the Returns of Service Executed. [ECF No. 14].

4. To date, neither Lodge nor Dunn has filed an Answer to the Complaint.

1

5. On or about January 26, 2023, the Clerk of the Court entered Default against Defendants Lodge and Dunn [ECF. Nos. 16- 17].

6. The Affidavit of Glen Bleeker, authorized representative of KeyBank, in support of the claims set forth in the Complaint and amount due is attached hereto as **Exhibit 1**.

7. Dunn is neither a minor nor an incompetent person.

8. Rule 55(b)(1) of the Federal Rules of Civil Procedure allows for Final Default Judgment to be entered by the Clerk.

> If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

9. Defendants Lodge Construction Inc., and Cabot L. Dunn Jr., owe KeyBank National Association the sum of $1,093,763.11. Said amount is comprised of the contractual balance in the amount of $688,253.29; minus credits from the proceeds of a Sale of Collateral in the amount $132,281.02; minus Florida litigation settlement proceeds in the amount of $180,000.00; plus interest of $716,750.24, which interest continued to accrue during periods of forbearance between May 2014 to February 2023 during which Defendants made no payments at all for a total amount due of $1,093,763.11.  See **Exhibit 1**.

**WHEREFORE,** Plaintiff KeyBank National Association respectfully requests that this Honorable Court enters a Final Default Judgment in favor of Plaintiff and against the Defendants Lodge Construction, Inc., and Cabot L. Dunn, Jr. in the amount of $1,093,763.11.

Dated: March _____, 2023.                    Respectfully submitted,

                                              //s//Aidaelena Valdes
                                              Aidaelena Valdes, Esquire

2

Wong Fleming PC
821 Alexander Rd Suite 200
Princeton, NJ 08540
Ph: (609)951-9520
Fax (609)951-0270
Email: avaldes@wongfleming.com
*Attorneys for Plaintiff KeyBank National Association*